UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-62341-RAR

**BRANDON DALE**,

    Plaintiff,

v.

**FRONTLINE ASSET STRATEGIES LLC**,

    Defendant.

_____/

## ORDER TO PERFECT SERVICE

**THIS CAUSE** comes before the Court *sua sponte*. On November 15, 2021, Plaintiff filed his Complaint [ECF No. 1]. To date, there is no indication in the court file that Defendant has been served with the summons and Complaint. Rule 4(m) of the Federal Rules of Civil Procedure requires service of the summons and complaint to be perfected upon a defendant within 90 days after the filing of the complaint. It is therefore

**ORDERED AND ADJUDGED** that on or before **February 13, 2022**, Plaintiff shall perfect service upon Defendant or show good cause as to why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by **February 13, 2022**, will result in a dismissal without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of December, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**